Brian A. Paino (SBN 251243)
bpaino@hinshawlaw.com
Helen Mosothoane (SBN 254511)
hmosothoane@hinshawlaw.com
Zeeshan Iqbal (SBN 337990)
ziqbal@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for *Defendant* **GOLDEN 1 CREDIT UNION**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

Anthony Maynard Jr.,

Plaintiff,

v.

Experian Information Solutions, Inc.; TransUnion, LLC; Equifax Information Services, LLC; The Golden 1 Credit Union,

Defendants.

Case No.: 2:26-cv-00490-JAM-JDP

**STIPULATION AND ORDER TO STAY PROCEEDING PENDING COMPLETION OF THE ARBITRATION AS TO DEFENDANT GOLDEN 1 CREDIT UNION ONLY**

*[Filed concurrently with [Proposed] Order]*

**Hearing**: [No Hearing Required]

This *Stipulation to Stay Proceeding as to Defendant Golden 1 Credit Union Only Pending the Completion of Arbitration* (the "Stipulation") is entered into between *Plaintiff* Anthony Maynard Jr. ("Plaintiff") and *Defendant* Golden 1 Credit Union ("Golden 1," and together with Plaintiff, the "Parties"), by and through their undersigned counsel.

**RECITALS**

**A.** On February 18, 2026, Plaintiff initiated this action by filing a complaint (the "Complaint") against Golden 1, Experian Information Solutions, Inc., TransUnion LLC, and Equifax Information Services, LLC. (*See* Doc. 1). Plaintiff's enumerated claims against Golden 1 arise out of

Golden 1's alleged conduct in administering an auto loan (the "Loan"), including through certain credit reporting and collection activities. (*See generally id.*)

**B.** On May 7, 2026, Golden 1 filed an Answer to Plaintiff's Complaint for Damages. (*See* Doc. 13).

**C.** The Loan is governed by a Disclosure of Account Information and Membership Agreement (the "Agreement"), which contains an arbitration provision requiring Plaintiff to submit disputes and claims against Golden 1 to binding arbitration. As a result, Golden 1 requested that Plaintiff pursue his claims in the appropriate arbitration forum. Plaintiff has agreed to do so, subject to the terms and conditions of this Stipulation.

**D.** The Parties have agreed that this proceeding should be stayed as to Defendant Golden 1 only, pending the completion of the binding arbitration and that this Court should retain jurisdiction to confirm the arbitration award, if any, and enter an appropriate judgment.

## TERMS

The Parties stipulate and agree as follows:

**1.** Plaintiff's claims in this action shall be submitted to and resolved by binding arbitration in accordance with the Agreement, and Plaintiff agrees to take the necessary steps to initiate such an arbitration.

**2.** All proceedings in this Court shall be stayed as against Golden 1 only to allow for the completion of the arbitration between the Parties.

**3.** The Court shall retain jurisdiction to confirm an arbitration award, if any, and enter an appropriate judgment.

**IT IS SO STIPULATED.**

[SIGNATURES TO FOLLOW]

///

///

///

///

///

///

Dated: July 23, 2026

**GALE, ANGELO, & JOHNSON, P.C.**

By: */s/ Joseph Angelo (as authorized on 7/23/2026)*
JOSEPH ANGELO
Attorneys for *Plaintiff* **ANTHONY MAYNARD JR.**

Dated: July 23, 2026

**HINSHAW & CULBERTSON LLP**

By: */s/ Brian A. Paino*
BRIAN A. PAINO
HELEN MOSOTHOANE
ZEESHAN IQBAL
Attorneys for *Defendant* **GOLDEN 1 CREDIT UNION**

# ORDER

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows:

(1) Plaintiff's claims in this action shall be submitted to and resolved by binding arbitration in accordance with the applicable agreement between Plaintiff Anthony Maynard Jr. and Defendant Golden 1 Credit Union. Plaintiff agrees to take the necessary steps to initiate the arbitration.

(2) All proceedings in this Court as to Defendant Golden 1 Credit Union shall be **STAYED** pending arbitration.

(3) The Court shall retain jurisdiction to confirm an arbitration award, if any, and enter an appropriate judgment.

(4) The Court **FURTHER ORDERS** Plaintiff and Golden 1 Credit Union to file a Joint Status Report withing fourteen (14) days of completion of arbitration. If arbitration is not completed by August 03, 2027, the Court **ORDERS** these parties to file a Joint Status Report advising the Court of the status of arbitration and expected completion date.

**IT IS SO ORDERED.**

Dated: August 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE