Joe Angelo (Bar # 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Anthony Maynard Jr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| Anthony Maynard Jr.<br><br>Plaintiff,<br><br>vs.<br><br>TransUnion, LLC, et. al.<br>Defendants. | Case No.: 2:26-cv-00490-JAM-JDP<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TRANSUNION LLC; ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Anthony Maynard, Jr. and Defendant Trans Union, LLC ("TransUnion") that TransUnion be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: September 3, 2026

**Gale, Angelo, & Johnson, P.C.**

By: *<u>/s/ Joe Angelo</u>*
Joe Angelo
Attorney for Plaintiff
Anthony Maynard Jr.

**Quilling Selander Lownds Winslett & Moser PC**

*<u>/s/ Jennifer Phelps (authorized on 9.2.26)</u>*
Jennifer Phelps
Attorney for Defendant
TransUnion, LLC

Joe Angelo (Bar # 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Anthony Maynard Jr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| ANTHONY MAYNARD JR.,<br>Plaintiff,<br>vs.<br>TRANSUNION LLC,<br>Defendant. | Case No.: 2:26-cv-00490-JAM-JDP<br><br>**ORDER DISMISSING DEFENDANT TRANSUNION, LLC ONLY (ECF No. 27)** |

**ORDER**

Pursuant to the stipulation of the Parties, Defendant TransUnion, LLC, is **DISMISSED WITH PREJUDICE** and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE