Joe Angelo (Bar # 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Anthony Maynard, Jr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

Anthony Maynard, Jr.

Plaintiff,

vs.

TransUnion, LLC, et. al.

Defendants.

Case No.: 2:26-cv-00490-JAM-JDP

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY (ECF No. 31)**

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Anthony Maynard, Jr. and Defendant Equifax Information Services, LLC ("Equifax") that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: September 15, 2026

**Gale, Angelo, & Johnson, P.C.**

By: *\/s/ Joe Angelo*
Joe Angelo
Attorney for Plaintiff
Anthony Maynard, Jr.

**Nokes & Quinn**

*/s/ Thomas P. Quinn, Jr. (authorized on 9.15.26)*
Thomas P. Quinn, Jr.
Attorney for Defendant
Equifax Information Services, LLC

Joe Angelo (Bar # 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Anthony Maynard, Jr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

ANTHONY MAYNARD, JR.

Plaintiff,

vs.

TRANSUNION LLC ET. AL.

Defendants.

Case No.: 2:26-cv-00490-JAM-JDP

**ORDER DISMISSING WITH PREJUDICE DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY (ECF No. 31)**

Pursuant to the stipulation of the parties, Defendant Equifax Information Services, LLC, is **DISMISSED WITH PREJUDICE** and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: September 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE